FILED
CLERK, U.S. DISTRICT COURT
JAN 2 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY NNE DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISABEL RICO,<br><br>Defendant. | Case No. 2:10-CR-00381-FLA-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On January 25, 2023, Defendant Isabel Rico ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:10-CR-00381-FLA-1. The Court appointed Claire Kenney of the Federal Public Defender's Office to represent Defendant.

///

///

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

    A.   ☒   Defendant submitted to the Government's Request for Detention;

    B.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that she will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- History of absconding from supervision;
- History of evading arrest;
- Nature and extent of violation conduct;
- Prior probation violation;
- Prior failure to report for drug testing;
- Unemployment status; failure to seek employment.

    D.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that she will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Criminal history including narcotics and domestic violence.

## III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: January 25, 2023

_____ /s/ _____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE