# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | 2:10-cr-381-FLA | Date | June 8, 2026 |
| --- | --- | --- | --- |
| Title | United States v. Isabel Rico | | |

Present: The Honorable    Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
| --- | --- |
| n/a | n/a |

**Proceedings:**     (IN CHAMBERS) **ORDER OF DETENTION –
PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.     ☒     Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

    ☐     Lack of bail resources

    ☐     Refusal to interview with Pretrial Services

    ☐     No stable residence or employment

    ☐     Previous failure to appear or violations of probation, parole, or release

    ☐     Ties to foreign countries

    ☒     Allegations in petition

    ☐

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 2:10-cr-381-FLA | Date | June 8, 2026 |
|---|---|---|---|
| Title | United States v. Isabel Rico | | |

B.    ☐    Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

    ☐    Nature of previous criminal convictions

    ☐    Allegations in petition

    ☐    Substance abuse

    ☐    Already in custody on state or federal offense

    ☐

* * *

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.